(95 South. 494)

## Ex parte STATE. (6 Div. 808.)

(Supreme Court of Alabama.   Jan. 11, 1922.)

Certiorari to Court of Appeals.

Harwell G. Davis, Atty. Gen., and C. R. Wiggins and A. F. Fite, both of Jasper, for petitioner.

Ernest Lacy, of Jasper, opposed

PER CURIAM. Petition of the state of Alabama for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of State of Alabama v. S. B. Kirkpatrick, 95 South. 490.

Writ denied.